==================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
------------------------------------------------------------------

No. 88  SSM 13
In the Matter of Raymond Castro,
        Respondent,
    v.
Dora Schriro, &c., et al.
        Appellants.

Submitted by Ingrid R. Gustafson, for appellants.
Submitted by Liam L. Castro, for respondent.

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs, and certified question answered in
the affirmative.  Under the circumstances presented, the
Appellate Division correctly held that the petition stated a
claim for improper termination.  Chief Judge DiFiore and Judges
Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided June 1, 2017